# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Azalea Solo, on behalf of herself and all others similarly situated in California, and Meghan Eveland, on behalf of herself and all others similarly situated in Pennsylvania,<br><br>    Plaintiffs,<br><br>-vs-<br><br>Bausch & Lomb, Inc.,<br><br>    Defendant. | MDL DOCKET NO. 1785<br><br>C/A No. 2:06-2716-DCN<br><br><br>**<u>ORDER</u>** |

On February 27, 2009, an Order granting Motion to Compel was entered in above-captioned case. On March 3, 2009, plaintiff filed a letter withdrawing the motion to compel.

**IT IS THEREFORE ORDERED** that the order filed on February 27, 2009, is hereby vacated. Plaintiff's motion to compel is rendered moot.

**AND IT IS SO ORDERED**.

_____
David C. Norton
Chief United States District Judge

Charleston, South Carolina

March 5, 2009